TOMMASO GUERRA, as Administrator, etc., of ANTONIO GUERRA, Deceased, Respondent, v. LUSTBADER CONSTRUCTION Co., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.